# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Michael F. Carney,                          :
                          Petitioner         :
                                             :
          v.                                 :     No. 623 C.D. 2017
                                             :
Unemployment Compensation                    :
Board of Review,                             :
                          Respondent         :

**PER CURIAM**

# **O R D E R**

AND NOW, this 3rd day of April, 2018, it is ordered that the above-captioned opinion filed on January 19, 2018, shall be designated OPINION, rather than MEMORANDUM OPINION, and it shall be reported.